# DECISION DISTRIBUTION LIST

FILING DATE __3-23-21__

☑ **MEMORANDUM DECISION**
☐ **OPINION**
☐ **DECISION ORDER**

1 CA-__JV__-__20-0332_____ (County) __MARICOPA__

__MARIO B._____ v. __DCS, et al._____

| | | | | | | |
|---|---|---|---|---|---|---|
| D. BELL _____ | ☑ E-mail ☐ Mail | _____ | ☐ E-mail ☐ Mail |
| _____ | ☐ E-mail ☐ Mail | _____ | ☐ E-mail ☐ Mail |
| T. JOSE _____ | ☑ E-mail ☐ Mail | _____ | ☐ E-mail ☐ Mail |
| _____ | ☐ E-mail ☐ Mail | _____ | ☐ E-mail ☐ Mail |
| J. FERNSTROM _____ | ☑ E-mail ☐ Mail | _____ | ☐ E-mail ☐ Mail |
| _____ | ☐ E-mail ☐ Mail | _____ | ☐ E-mail ☐ Mail |
| C. NIVEN _____ | ☑ E-mail ☐ Mail | _____ | ☐ E-mail ☐ Mail |

Appellant _____ (Anders Cases Only)
DOC (Dept of Corrections) _____ (CR Cases only)
**Total Copies** 0_____

DISPOSITION __AFFIRMED_____

COURT OF APPEALS JUDGES __DDW__ __DBG__ __MJB__ DEPT. __E__

JUDGE(s) ON APPEAL __KRISTIN CULBERTSON__ ☑ E-mail ☐ OTHER
  * **If Retired**, send copy of decision to presiding judge of that county. If Maricopa, copy court administrator by e-mail.
  * **If Other**, (commissioner, pro tem, hearing officer, resigned, not retained, or lost partisan election), send copy of decision to presiding judge of that county. If Maricopa, copy court administrator.

Presiding Judge (if nec) _____ ☐ E-mail
Maricopa County Court Administrator Raymond Billotte (if nec) ☐ E-mail

**Maricopa only:**
**FC/FN** Judge Bruce Cohen ☐ E-mail
**TX** Judge Christopher Whitten ☐ E-mail
**JV Delinquency** Judge Joseph Kreamer ☐ E-mail
**PB/MH** Judge Jay Polk ☐ E-mail
**Other Cases:**
**IC** Hon. Michael Mosesso ☐ E-mail
**UB** Ernesto Espino ☐ E-mail
Victim Witness* (JV Delinquency, CR) ☐
  *(ONLY IF OTHER THAN AFFIRMED; MAILED BY CLERKS OFFICE)

DIVISION ONE
FILED: 3/23/21
AMY M. WOOD,
CLERK
BY: AA

Modified 10/29/19

T:\FORMS\MemoDecisons-and-Opinions